| Information to identify the case: | | | | Social Security number or ITIN | xxx–xx–7133 |
|---|---|---|---|---|---|
| Debtor 1 | **Chardett L. Hagan** | | | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Kentucky | | | Date case filed for chapter 13 | 7/8/19 |
| Case number: | 19–32138–thf | | | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Chardett L. Hagan | |
| 2. | **All other names used in the last 8 years** | aka Chardett Sarver, aka Chardett Baird | |
| 3. | **Address** | 4810 Red Oak Lane<br>Louisville, KY 40218 | |
| 4. | **Debtor's attorney**<br>Name and address | Alisha D. Triplett<br>The Law Office of Alisha D. Triplett<br>4300 Outer Loop; Ste. 8<br>Louisville, KY 40219 | Contact phone 502–322–5920<br>Email: alisha_triplett@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | William W. Lawrence –13<br>310 Republic Plaza<br>200 S. Seventh Street<br>Louisville, KY 40202 | Contact phone 581–9042<br>Email: ECF@louchapter13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | Office Hours: 8:30 a.m. to 4:30 p.m. Eastern Time Zone<br>Contact phone 502–627–5700<br>Date: 7/9/19 |

**For more information, see page 2**

| | | | |
|---|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 4, 2019 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Case may be dismissed without further notice if debtor fails to attend the meeting. | **Location:**<br>Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202 | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:** | No later than 60 days after the first date set for the Meeting of Creditors above. |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Filing deadline: 9/16/19** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan will be sent separately. The Confirmation Hearing will be held on the morning or afternoon of the 341 Meeting. | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | | |

United States Bankruptcy Court
Western District of Kentucky

In re:  
Chardett L. Hagan  
       Debtor

Case No. 19-32138-thf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0644-3      User: sgreathou      Page 1 of 2      Date Rcvd: Jul 09, 2019  
                  Form ID: 309I      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.

```
db             +Chardett L. Hagan,    4810 Red Oak Lane,    Louisville, KY 40218-4202
tr             +William W. Lawrence -13,    310 Republic Plaza,    200 S. Seventh Street,
                 Louisville, KY 40202-2751
6532925        +Arl & Barbara Payton,    c/o Zachary J. Spranger Esq.,    2525 Bardstown Road, Ste. 101,
                 Louisville KY 40205-2665
6532927        +Bardstown Forest Apartments,    2041 Shady Grove Way,    Louisville KY 40218-3561
6532928       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner Co,     PO Box 55848,    Sherman Oaks CA 91413)
6532935       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
                (address filed with court: Credit Protection Association,    13355 Noel Road, Ste. 2100,
                 Dallas TX 75240)
6532931        +Christopher Baird,    5613 Greenbluff Road,    Apt. 202,    Louisville KY 40219-2578
6532933        +Credit Clearing House,    120 E. Market Street,    PO Box 1209,    Louisville KY 40201-1209
6532934       #+Credit Management LP,    PO Box 7799,    Rochester MN 55903-7799
6532937        +Dixie Finance,    2119 Dixie Highway,    Louisville KY 40210-2241
6532938        +Emergency Medical Associates,    PO Box 6658,    Louisville KY 40206-0658
6532944        +Gardner Used Cars,    2700 7th Street Road,    Louisville KY 40215-2269
6532945        +LG&E,    220 West Main Street,    Louisville KY 40202-1377
6532947        +Mallgate of St. Matthews,    514 Brightwood Placce,    Louisville KY 40207-4108
6532948        +Mississippi Power & Light,    PO Box 2309,    Jackson MS 39225-2309
6532949        +National Credit Systems,    PO Box 312125,    Atlanta GA 31131-2125
6532953        +The Law Office of Alisha D. Triplett,    4300 Outer Loop,    Suite 8,    Louisville KY 40219-3875
6532955        +US Department of Education/GLELSI,    PO Box 7860,    Madison WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: alisha_triplett@yahoo.com Jul 09 2019 19:38:25     Alisha D. Triplett,
                 The Law Office of Alisha D. Triplett,    4300 Outer Loop; Ste. 8,    Louisville, KY  40219
smg            +E-mail/Text: aesterle@jeffersoncountyclerk.org Jul 09 2019 19:39:04
                 Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
                 Louisville, Ky 40202-3315
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Jul 09 2019 19:39:07     Charles R. Merrill,
                 Asst. U.S.Trustee,    601 West Broadway #512,    Louisville, KY 40202-2229
6532926        +EDI: CINGMIDLAND.COM Jul 09 2019 23:28:00      AT&T Mobility,    PO Box 755,
                 Atwater CA 95301-0755
6532935         EDI: CREDPROT.COM Jul 09 2019 23:28:00      Credit Protection Association,
                 13355 Noel Road, Ste. 2100,    Dallas TX 75240
6532929        +EDI: CAPITALONE.COM Jul 09 2019 23:28:00      Capital One,    PO Box 30285,
                 Salt Lake City UT 84130-0285
6532930        +EDI: CAPITALONE.COM Jul 09 2019 23:28:00      Captial One Bank USA NA,    PO Box 85015,
                 Richmond VA 23285-5015
6532932        +E-mail/Text: Akydd@reducear.com Jul 09 2019 19:40:21     Credit Business Services,
                 711 Elgin Parkway E,    Fort Walton Beach FL 32547-2527
6532936        +EDI: DCI.COM Jul 09 2019 23:28:00      Diversified Consultants,    10550 Deerwood Park Blvd.,
                 Jacksonville FL 32256-0596
6532939        +E-mail/Text: bknotice@ercbpo.com Jul 09 2019 19:39:26     Enhanced Recovery Corporation,
                 PO Box 57547,    Jacksonville FL 32241-7547
6532940        +E-mail/Text: credit7@entergy.com Jul 09 2019 19:38:32     Entergy Corporation,    PO Box 6008,
                 New Orleans LA 70174-6008
6532941        +E-mail/Text: credit7@entergy.com Jul 09 2019 19:38:32     Entergy Mississippi Inc.,
                 639 Loyola Ave.,    New Orleans LA 70113-3125
6532942        +EDI: AMINFOFP.COM Jul 09 2019 23:28:00      First Premier Bank,    PO Box 5524,
                 Sioux Falls SD 57117-5524
6532943        +EDI: AMINFOFP.COM Jul 09 2019 23:28:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls SD 57104-4868
6532946        +E-mail/Text: bankruptcy@lwcky.com Jul 09 2019 19:39:47     Louisville Water Company,
                 550 S. 3rd Street,    Louisville KY 40202-1839
6532950         EDI: PRA.COM Jul 09 2019 23:28:00      Portfolio Recovery Associates LLC,
                 120 Corporate Blvd., Ste. 100,    Norfolk VA 23502
6532951        +E-mail/Text: dlw@dsatty.com Jul 09 2019 19:40:03     Shelter Mutual Insurance Co.,
                 c/o Deatrick & Spies PSC,    PO Box 4668,    Louisville KY 40204-0668
6532952        +EDI: SWCR.COM Jul 09 2019 23:28:00      Southwest Credit Systems,
                 4120 International Parkway #1100,    Carrollton TX 75007-1958
6532954        +E-mail/Text: DL-ICOMSBankruptcy@charter.com Jul 09 2019 19:39:50     Time Warner Cable,
                 PO Box 1060,    Carol Stream IL 60132-1060
                                                                                              TOTAL: 19
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0644-3           User: sgreathou              Page 2 of 2                  Date Rcvd: Jul 09, 2019
                               Form ID: 309I                Total Noticed: 36
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Alisha D. Triplett    on behalf of Debtor Chardett L. Hagan alisha_triplett@yahoo.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              William W. Lawrence -13    ECF@louchapter13.com,   ecf.bk.westky@gmail.com
                                                                                            TOTAL: 3